## IN THE UNITED STATES COURT OF APPEALS
### FOR THE FIRST CIRCUIT

**GREGORY BOYD; JONATHAN LASSERS; GFC HOLDINGS, LLC; BIOMASS GREEN FUELS, LLC,**
Plaintiffs - Appellants,
v.
**BANCO POPULAR DE PUERTO RICO,**
Defendant - Appellee.
&
**GREGORY S. BOYD, individually and derivatively for Biomass Green Fuels, LLC and GFC Holdings, LLC; JONATHAN LASSERS, individually and derivatively for Biomass Green Fuels, LLC and GFC Holdings, LLC,**
Plaintiffs - Appellants,
v.
**ALEXANDER BORSCHOW; MARIELLA DANSPECKGRUBER; CONJUGAL PARTNERSHIP BORSCHOW-DANSPECKGRUBER; SEMILLERO PARTNERS, LLC, f/k/a Semillero Ventures, LLC; GEORGE ECONOMOU; LIDIANA RODRIGUEZ-ECONOMOU; CONJUGAL PARTNERSHIP ECONOMOU-RODRIGUEZ; BANCO POPULAR DE PUERTO RICO; JOVAL RODRIGUEZ; STEPHANIE CUMMINGS; CONJUGAL PARTNERSHIP RODRIGUEZ-CUMMINGS; ROBERTO A. ACOSTA; JANE DOE; CONJUGAL PARTNERSHIP ACOSTA-DOE; ACCURATE SOLUTIONS, CORP.; DISTRIBUTED POWER INNOVATORS, JV; PUERTO RICO FUND FOR GROWTH; COMMUNITY DEVELOPMENT VENTURE CAPITAL ALLIANCE; I.T.S., CORPORATION; CB SOLUTIONS PR, CORP.; BIOMASS GREEN FUELS, LLC; GFC HOLDINGS, LLC,**
Defendants - Appellees,
**OLMAR LOPEZ-VIDAL; CRISTINA RIOS MENA; CONJUGAL PARTNERSHIP LOPEZ-RIOS; OLMAR LOPEZ-GOMEZ; VIVIAN VIDAL-DE LOPEZ; CONJUGAL PARTNERSHIP LOPEZ-VIDAL; CARLOS LOPEZ-VIDAL; CLAUDIA FERRER-TANON; CONJUGAL PARTNERSHIP LOPEZ-FERRER; WORLD SPIRITS, LLC; INTERNATIONAL TECHNICAL SERVICES, CORP.; INTERNATIONAL TECHNICAL SERVICES, INC.; GREEN HYDROGEN, LLC; GREEN CO2 DOMINICANA S.R.L.; GREEN CO2 DOMINICANA LLC OF PUERTO RICO; GREEN CO2, LLC,**
Defendants.

**Appeal No. 26-1424**

### PLAINTIFFS' MOTION FOR ENLARGEMENT

**TO THE HONORABLE COURT**

**COME NOW** Plaintiffs-Appellants GREGORY BOYD; JONATHAN LASSERS; GFC HOLDINGS, LLC; BIOMASS GREEN FUELS, LLC, individually (collectively, "Plaintiffs"), by and through the undersigned counsel, and very respectfully plead:

1.      Plaintiffs, believe that the CAMP Settlement Conference that has not taken effect because of a conflict as expressed with the Hon Court Mediator, is an important step that should be considered before rendering briefs and appendix.

2.      Plaintiffs-Appellants attest and represent that it is beneficial for all to ask very respectfully at this time for an extension of time to file their appeal briefs and appendix for 30 days after the CAMP Settlement Conference is celebrated.

3.      Appearing Appellants therefore very respectfully request a 30-day extension to file their briefs and appendix, to start counting from the day after the celebration of the Settlement Conference and assure this Hon. Court that such extension will not cause undue burden on any of the parties.

**RESPECTFULLY SUBMITTED, May 28, 2026, in San Juan, PR.**

/*Luis E. Miñana LEM/* USDC-PR No. 225608 RUA-16297
Court of Appeals Bar Number 118149
Luis E. Miñana, Esq.
**ESPADA, MIÑANA, & PEDROSA LAW OFFICES, PSC.**
122 Calle Manuel Dómenech Altos Urb. Baldrich
San Juan, PR  00918
minanalaw@yahoo.com
Tel.: (787) 758-1999/ mob. (787) 402-2226

I CERTIFY that the foregoing has been filed electronically and that the EM/ECF system will serve copies of this motion to all subscribed.

/s/Luis E. Miñana