# United States Court of Appeals
## For the First Circuit

No. 26-1424

GREGORY S. BOYD, individually and derivatively for Biomass Green Fuels, LLC and GFC Holdings, LLC; JONATHAN LASSERS, individually and derivatively for Biomass Green Fuels, LLC and GFC Holdings, LLC,

Plaintiffs - Appellants,

v.

ALEXANDER BORSCHOW; MARIELLA DANSPECKGRUBER; CONJUGAL PARTNERSHIP BORSCHOW-DANSPECKGRUBER; SEMILLERO PARTNERS, LLC, f/k/a Semillero Ventures, LLC; GEORGE ECONOMOU; LIDIANA RODRÍGUEZ-ECONOMOU; CONJUGAL PARTNERSHIP ECONOMOU-RODRÍGUEZ; BANCO POPULAR DE PUERTO RICO; JOVAL RODRÍGUEZ; STEPHANIE CUMMINGS; CONJUGAL PARTNERSHIP RODRÍGUEZ-CUMMINGS; ROBERTO A. ACOSTA; JANE DOE; CONJUGAL PARTNERSHIP ACOSTA-DOE; ACCURATE SOLUTIONS, CORP.; DISTRIBUTED POWER INNOVATORS, JV; PUERTO RICO FUND FOR GROWTH; COMMUNITY DEVELOPMENT VENTURE CAPITAL ALLIANCE; I.T.S., CORPORATION; CB SOLUTIONS PR, CORP.; BIOMASS GREEN FUELS, LLC; GFC HOLDINGS, LLC,

Defendants - Appellees,

OLMAR LÓPEZ-VIDAL; CRISTINA RIOS MENA; CONJUGAL PARTNERSHIP LÓPEZ-RIOS; OLMAR LÓPEZ-GÓMEZ; VIVIAN VIDAL-DE LÓPEZ; CONJUGAL PARTNERSHIP LÓPEZ-VIDAL; CARLOS LÓPEZ-VIDAL; CLAUDIA FERRER-TAÑON; CONJUGAL PARTNERSHIP LOPEZ-FERRER; WORLD SPIRITS, LLC; INTERNATIONAL TECHNICAL SERVICES, CORP.; INTERNATIONAL TECHNICAL SERVICES, INC.; GREEN HYDROGEN, LLC; GREEN CO2 DOMINICANA S.R.L.; GREEN CO2 DOMINICANA LLC OF PUERTO RICO; GREEN CO2, LLC,

Defendants.

### ORDER OF COURT

Entered: June 1, 2026
Pursuant to 1st Cir. R. 27.0(d)

Appellants are presently in default for failure to file a docketing statement and transcript report/order form.

It is ordered that if a docketing statement and transcript report/order form are not filed on or before **June 15, 2026**, this appeal will be dismissed in accordance with 1st Cir. R. 3.0(b) for lack of prosecution.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Roberto Abesada-Agüet
Jane A. Becker Whitaker
Heriberto J. Burgos-Pérez
Carolina V. Cabrera-Bou
Manuel Durán-Rodríguez
Alfredo Fernández Martínez
Elias Laureano Fernandez-Pérez
Arturo J. García-Solá
Pedro Hernández Freire
José A. Hernández Mayoral
Yuseph Lamboy López
Jeannette M. López de Victoria
Carla S. Loubriel Carrión
John F. Marsh
Maria Elena Martínez Casado
Diego Rodrigo Meléndez-Apellániz
Luis E. Miñana
Dora Luisa Monserrate-Peñagarícano
Daniel Jose Pérez-Refojos
Diana Pérez Seda
Juan R. Rivera-Font
Richard James Schell-Gonzalez
Maria Dolores Trelles Hernández
Alberto A. Villafañe Rivera
Jean Paul Vissepo Garriga