# United States Court of Appeals
## For the First Circuit

### DOCKETING STATEMENT

**No.** 26 1424      **Short Title:** Gregory Boyd, et als. v. Borschow, et als.

**Type of Action**

- ☑ Civil
- ☐ Criminal/Prisoner
- ☐ Cross Appeal

A. Timeliness of Appeal
1. Date of entry of judgment or order appealed from March 18, 2026
2. Date this notice of appeal filed April 17, 2026
   If cross appeal, date first notice of appeal filed Not applicable
3. Filing date of any post-judgment motion filed by any party which tolls time under Fed. R. App. P. 4(a)(4) or 4(b)
4. Date of entry of order deciding above post-judgment motion
5. Filing date of any motion to extend time under Fed. R. App. P. 4(a)(5), 4(a)(6) or 4(b)
   Time extended to

B. Finality of Order or Judgment
1. Is the order or judgment appealed from a final decision on the merits? ☑ Yes ☐ No
2. If no,
   a. Did the district court order entry of judgment as to fewer than all claims or all parties pursuant to Fed. R. C. P. 54(b)? ☐ Yes ☐ No
      If yes, explain
   b. Is the order appealed from a collateral or interlocutory order reviewable under any exception to the finality rule? ☐ Yes ☐ No
      If yes, explain

C. Has this case previously been appealed? ☐ Yes ☑ No
   If yes, give the case name, docket number and disposition of each prior appeal

D. Are any related cases or cases raising related issues pending in this court, any district court of this circuit, or the Supreme Court? ☑ Yes ☐ No
   If yes, cite the case and manner in which it is related on a separate page. If abeyance or consolidation is warranted, counsel must file a separate motion seeking such relief.

E. Were there any in-court proceedings below? ☐ Yes ☑ No
   If yes, is a transcript necessary for this appeal? ☐ Yes ☑ No
   If yes, is transcript already on file with district court? ☐ Yes ☐ No

F. List each adverse party to the appeal. If no attorney, give address and telephone number of the adverse party. Attach additional page if necessary.

   1. Adverse party Alexander Borschow, Mariella Danspeckgruber, and their conjugal partnership
      Attorney Heriberto Burgos, Esq. , Diana Perez Seda, Esq.
      Address 2 Tabunuco, Suite 400, Guaynabo 00968
      Telephone 787,756.1400

   2. Adverse party Semillero Partners, LLC, Semillero Ventures, LLC
      Attorney Heriberto Burgos, Esq., Diana Perez Seda, Esq.
      Address 2 Tabunuco, Suite 400, Guaynabo 00968
      Telephone 787.756.1400

   3. Adverse party George Economou, Lidiana Rodriguez, and their conjugal partnership
      Attorney Manuel Duran, Esq.
      Address 1139 Americo Miranda Ave. San Juan, PR 00921
      Telephone 787. 781.7373

G. List name(s) and address(es) of appellant(s) who filed this notice of appeal and appellant's counsel. Attach additional page if necessary.

   1. Appellant's name Gregory Boyd
      Address 90 Candelero Dr, Unit 91 Humacao 00791
      Telephone 787.463.1830

      Attorney's name Jane Becker Whitaker, Luis Minana
      Firm Law Offices of Jane Becker Whiaker, Espada, Minana & Pedrosa Law Offices
      Address PO Box 9023914, San Juan, PR 00902/122 Ave. Domenech, San Juan, PR 00918
      Telephone 787.585.3824/787.758.1999

   2. Appellant's name Jonathan Lassers
      Address POBox 398394 Miami Beach, FL 33239
      Telephone 305.873.4580

      Attorney's name Jane Becker Whitaker, Luis Minana
      Firm Law Offices of Jane Becker Whitaker, Espada, Minana, Pedrosa Law Offices
      Address PO Box 9023914, San Juan, PR 00902 /122 Ave. Domenech, San Juan, PR 00918
      Telephone 787.585.3824/

Will you be handling the appeal? (In criminal cases counsel below will handle the appeal unless relieved by this court.) ☑ Yes ☐ No

Fed. R. App. P. 12(b) provides that each attorney who files a notice of appeal must file with the clerk of the court of appeals a statement naming each party represented on appeal by that attorney. 1st Cir. R. 12.0 requires that statement in the form of an appearance.

Signature _____

Date __6/2/2026_____

Related Case:

Boyd v. Banco Popular de Puerto Rico 26-1066. When the District Court denied the Motion Plaintiffs filed in 22-01190 as untimely, those Plaintiffs plus EFB, LLC filed a related case against many of the Defendants in 22-1190 [some of them had reached a settlement with Plaintiffs. They were not sued in 26-1066] as well as a number of additional Defendants who committed additional predicate acts with the remaining Defendants. Based on those actions, Plaintiffs filed new claim. They did so in the context of the claims raised in this case and in the the claims raised in the related appeal 26-1357.

Additional Appellees:

Banco Popular de Puerto Rico
Maria Dolores Trelles-Hernandez, Esq., Maria Martinez-Casado, Esq.
Popular Center, 19th Floor, San Juan, PR 00918
787.773.6000

Joval Rodriguez, Stephanie Cummings, and their conjugal partnership
Juan Rivera Font, Esq.
221 Ponce de Leon, 5th Floor, San Juan, PR 00917
787.766.700

Roberto A. Acosta, Jane Doe, and their conjugal partnership, Accurate Solutions & Designs, Inc.
Elias Fernandez, Esq.
PO Box 7500, Ponce, PR 00732
939.250.019

Puerto Rico Fund for Growth, Community Development Venture Capital Alliance
Arturo Garcia Sola, Esq. Daniel Perez-Refojos, Esq.
270 Luis Munoz Rivera, 7th Floor
787.759.9292

Additional Appellants

GFC Holdings, LLC via Boyd and Lassers derivatively
Jane Becker Whitaker, Esq., Luis Minana, Esq.
Law Offices of Jane Becker Whitaker, Espada, Minana, & Pedrosa Law Offices
PO Box 9023914, San Juan, PR 00902/ 122 Ave. Domenech, San Juan, PR 00918
787.585.3824, 787.758.1999

Biomass Green Fuels, LLC via Boyd and Lassers derivatively
Jane Becker Whitaker, Esq., Luis Minana, Esq.
Law Offices of Jane Becker Whitaker, Espada, Minana, & Pedrosa Law Offices
PO Box 9023914, San Juan, PR 00902/ 122 Ave. Domenech, San Juan, PR 00918
787.585.3824, 787.758.1999