UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUITf

No. 26-1424

_____

GREGORY S. BOYD; JONATHAN LASSERS, on their own behalf and
derivatively for GFC HOLDINGS, LLC and BIOMASS GREEN FUELS, LLC,

Plaintiffs–Appellants,
v.
ALEXANDER BORSCHOW, ET AL.,
Defendants–Appellees.

_____

On Appeal from the United States District Court for the District of Puerto Rico
(No. 3:22-cv-01190-GMM)

**SUPPLEMENT TO APPELLANTS' MOTION FOR LEAVE TO FILE
REPLY OUT OF TIME AND REPLY IN SUPPORT OF MOTION TO
DISQUALIFY ROBERTO ABESADA-AGÜET, ESQ.**

**TO THE HONORABLE COURT:**

COME NOW Gregory S. Boyd and Jonathan Lassers, on their own behalf and

derivatively for GFC HOLDINGS, LLC and BIOMASS GREEN FUELS, LLC,

Plaintiffs–Appellants, and respectfully state and pray:

1. Appellants attach to this motion the sworn statements of Gregory Boyd

   and Jonathan Lassers as to their knowledge of Atty. Roberto Abesada's

   representation of Banco Popular.

2. As for the undersigned, they first learned of the conflict of interest during

   a conversation with a colleague, who mentioned that Atty. Abesada was

the bank's lawyer. That conversation occurred a few weeks before the undersigned filed the motion to disqualify Atty. Abesada in 26-1066 on May 26, 2026.

WHEREFORE, appellants respectfully request that the Court take note of the above and the attached statements and grant such other and further relief as is just.

Respectfully submitted this July 8, 2026

/s/ Jane A. Becker Whitaker
JANE A. BECKER WHITAKER
1st Cir. Bar No. 35763
P.O. Box 9023914
Urb. Baldrich, San Juan, PR 00902-3914
Tel.: (787) 585-3824
janebeckerwhitaker@gmail.com
Counsel for Plaintiffs–Appellants

/s/ Luis E. Miñana
LUIS E. MIÑANA
1st Cir. Bar No. 118149
ESPADA, MIÑANA & PEDROSA LAW OFFICES, PSC
122 Ave. Ing. Manuel Dómenech, Altos
Urb. Baldrich, San Juan, PR 00918
Tel.: (787) 402-2226
minanalaw@yahoo.com
Counsel for Plaintiffs–Appellants
Dated: July 5, 2026

## CERTIFICATE OF SERVICE

I certify that on July 8, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will serve all counsel of record, including Roberto Abesada-Agüet and Manuel Durán-Rodríguez.

/s/ Jane A. Becker Whitaker